OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1R
0006557458    DEC 16 2014
MAILED FROM ZIP CODE 78701

$ 00.26⁵

12/10/2014
**FARRIS, JULIUS**            Tr. Ct. No. 21070-A            **WR-47,014-02**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

RTS
Released

JULIUS FARRIS
SEGOVIA UNIT - TDC # 579506
1201 E. CIBOLO RD.
EDINBURG, TX 78539

U TF